**Judge's Chambers**
**United States District Court**
**For the Southern District of Ohio**
**227 Potter Stewart H. S. Courthouse**
**Cincinnati, Ohio 45202**

**Susan J. Dlott**
**District Judge**

(513) 564-7630

<u>**VIA FEDERAL EXPRESS**</u>

May 19, 2008

RECEIVED
2008 MAY 20 A 10: 56
FINANCIAL
DISCLOSURE OFFICE

Judicial Conference of the United States
Committee on Financial Disclosure
Judge Ortrie D. Smith, Chair
One Columbus Circle, N.E.
Washington, D.C. 20544

Re: 2007 Financial Disclosure of Judge Susan J. Dlott

Dear Judge Smith:

Pursuant to your letter dated May 8, 2008, indicating additional information was needed for my 2007 Financial Disclosure, please find the amended forms. There is one original and three copies of the amended Financial Disclosure enclosed that was completed by my accountant.

If you need any further information, please contact me at the number above.

Sincerely,



Enclosures



**Clark, Schaefer, Hackett & Co.**
CERTIFIED PUBLIC ACCOUNTANTS
BUSINESS CONSULTANTS

May 15, 2008

Judicial Conference of the United States
Committee on Financial Disclosure
Judge Ortrie D. Smith, Chair
One Columbus Circle, N.E.
Washington, D.C. 20544

**Re: Calendar Year 2007 Filing – Honorable Susan J. Dlott**

Dear Judge Smith:

In response to the attached letter dated May 8, 2008, we have amended the 2007 report and made the necessary corrections which have been attached.

Part VII, page 4, lines 9 & 10 are cash held by the Johnson Investment Company, Custodian US Bancorp, in money market funds (line 9 Ohio), (line 10 FOC).

Part VII, page 11, line 129 of prior report noted "Southland Life Insurance" which was closed out in 2006 and not noted on the computer form as such. This has been explained in the additional information section.

RECEIVED
2008 MAY 20 A 10: 56
FINANCIAL
DISCLOSURE OFFICE

Cincinnati, OH

CINCINNATI    COLUMBUS    DAYTON    MIDDLETOWN    SPRINGFIELD

AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| DLOTT, SUSAN J | US SOUTHERN DISTRICT OF OHIO | 3/10/2008 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US DIST JUDGE-ACTIVE | Nomination, Date<br>Initial  ☑ Annual  ☐ Final<br>5b. ☑ Amended Report | 01/01/2007<br>to<br>12/31/2007 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| US COURT HOUSE<br>2ND FLOOR ROOM 227<br>CINCINNATI OHIO 45202 | Reviewing Officer_____ Date_____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.  CO-PERSONAL REPRESENTATIVE | ████████ ESTATE |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2008 MAY 20 A 10: 56 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✓ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

✓ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✓ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BOND-GREEN OHIO INCOME TAX REV COMM. LEARNING CENTER-6/1/14 | A | Interest | M | T | BUY | 10-23 | M | | |
| 2. BOND-AKRON OHIO SEWER SYS REV SERIES 1998 4.6% DUE12/1/09 | D | Interest | L | T | PARTIAL SALE | 12-1 | K | A | |
| 3. BOND-BLUE ASH OH SERV GARAGE & FIREHOUSE 3% DUE 11/1/10 | C | Interest | M | T | | | | | |
| 4. BOND-CINCINNATI OHIO CITY SCHL FAC CONS & IMPR 5%DUE12/1/09 | D | Interest | M | T | | | | | |
| 5. BOND-FRANKLIN CO,OH HOSP REV HOLY CROSS 5% DUE 6/1/09 | D | Interest | M | T | | | | | |
| 6. BOND - CINCINNATI OHIO CITY SCHOOL DISTRICT 5%, DUE 12/1/15 | D | Interest | M | T | | | | | |
| 7. BOND - FAIRFIELD & UNION LOCAL SCHOOL , 3.875%, DUE 12/1/12 | D | Interest | M | T | | | | | |
| 8. BOND - US TREASURY BILL, DUE 6/5/08 | A | Interest | O | T | BUY | 7-20 | O | | |
| 9. CASH & EQUILVALENTS (#968) - HELD IN MONEY MRKT FUND OHIXX | | None | J | T | | | | | |
| 10. CASH & EQUILVALENTS (#8932) HELD IN MONEY MRKT FUND FOCXX | | None | K | T | | | | | |
| 11. BOND-OHIO ST BUILDING AUTH OHIO CENTER / ARTS5.45%DUE10/1/07 | D | Interest | | | MATURE | 10-1 | M | A | |
| 12. BOND-ST OF OHIO SECONDARY ED SERIES 1998A 4% DUE6/1/08 | C | Interest | M | T | | | | | |
| 13. Women's Capital Club | A | Dividend | K | T | | | | | |
| 14. LINE INTENTIONALLY LEFT BLANK (SEE PART VIII) | | None | | | | | | | |
| 15. ILLINOIS EDUC FAC AUTH R MORRIS COLLEGE 5% DUE 6/1/09 | D | Interest | M | T | | | | | |
| 16. BOND-LORAIN CO OH REV CATH HEALTHCARE 5.2% DUE 9/1/10 | D | Interest | M | T | | | | | |
| 17. BED BATH & BEYOND INC | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | DLOTT, SUSAN J | 3/10/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -SHS AMERICAN INTERNATIONAL GP | A | Dividend | | | SELL | 12-19 | K | A | |
| 19. -SHS TARGET CORP | A | Dividend | J | T | | | | | |
| 20. FIFTH THIRD BANK CHECKING ACCTS | A | Interest | K | T | | | | | |
| 21. FEDERATED OH MUNI CASH TR INSTL | E | Interest | N | T | | | | | |
| 22. SHS SYSCO CORP | B | Dividend | L | T | | | | | |
| 23. SHS ADOBE SYSTEMS INC | | None | L | T | BUY | 11-13 | K | | |
| 24. BOND-LAKE OH LOCAL SCH DIST GEN OBLIG 5.35% DUE 12/01/11 | D | Interest | M | T | | | | | |
| 25. SHS WAL-MART STORES INC | A | Dividend | | | SELL | 11-8 | J | A | |
| 26. SHS AKAMAI TECHNOLOGIES | | None | K | T | BUY | 5-23 | L | | |
| 27. SHS DANAHER CORPORATION | A | Dividend | L | T | BUY | 3-26 | K | | |
| 28. CAMPBELL SOUP COMPANY | B | Distribution | | | | | | | |
| 29. SHS MARSHAL & ILSLEY CORP | C | Dividend | L | T | | | | | |
| 30. SHS JOHNSON REALTY FUND | E | Dividend | M | T | | | | | |
| 31. SHS CHEVRONTEXACO CORP | A | Dividend | J | T | | | | | |
| 32. LINE INTENTIONALLY LEFT BLANK (SEE PART VIII) | | | | | | | | | |
| 33. SHS CITIGROUP | D | Dividend | | | SELL | 12-17 | L | A | |
| 34. SHS EXXON MOBIL (#8932) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G=$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35.   SHS ISHARES S&P SMALLCAP 600 | A | Dividend | L | T | | | | | |
| 36.   SHS MICROSOFT CORP | B | Dividend | M | T | | | | | |
| 37.   SHS ORACLE CORP | | None | L | T | | | | | |
| 38.   SHS PEPSICO INC | B | Dividend | M | T | | | | | |
| 39.   FANNIE MAE | A | Distribution | | | | | | | |
| 40.   SHS WALGREEN CO | A | Dividend | L | T | | | | | |
| 41.   SHS JOHNSON FIXED INCOME FUND | D | Dividend | M | T | | | | | |
| 42.   TIME WARNER INC | A | Distribution | | | | | | | |
| 43.   SHS STAPLES INC (#968) | | None | L | T | BUY | 5-23 | L | | |
| 44.   WORLDCOM INC | A | Distribution | | | | | | | |
| 45.   SHS BHP BILLITON LTD ADR | | None | J | T | BUY | 12-21 | J | | |
| 46.   SHS L-3 COMMUNICATIONS HOLDINGS INC | B | Dividend | M | T | | | | | |
| 47.   SHS CONOCOPHILLIPS | C | Dividend | M | T | | | | | |
| 48.   BOND-CLEVELAND OH WATERWORKS REV 1STMORT SERIES G 5.5% 2013 | D | Interest | M | T | | | | | |
| 49.   SHS CATERPILLAR TRACTOR COMPANY | | None | J | T | BUY | 10-18 | J | | |
| 50.   SHS DANAHER CORP (#8932) | A | Dividend | J | T | BUY | 3-26 | J | | |
| 51.   SHS INTEL CORP | A | Dividend | | | SELL | 10-26 | K | D | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. LINE INTENTIONALLY LEFT BLANK (SEE PART VIII) | | None | | | | | | | |
| 53. SHS AMGEN INC | | None | | | SELL | 12-18 | K | D | |
| 54. SHS FIFTH THIRD BANCORP | C | Dividend | | | SELL | 1-17 | J | A | |
| 55. SHS JOHNSON CONTROLS INC | B | Dividend | M | T | | | | | |
| 56. SHS HOLOGIC INC | | None | L | T | BUY | 6-6 | K | | |
| 57. SHS METAVANTE TECHNOLOGIES | | None | K | T | BUY | 5-23 | K | | |
| 58. SHS PROCTER & GAMBLE CO | C | Dividend | M | T | | | | | |
| 59. SHS CISCO SYSTEMS INC | | None | J | T | | | | | |
| 60. SHS JOHNSON OPPORTUNITY/MIDCAP FUND | C | Dividend | N | T | | | | | |
| 61. SHS MERRILL LYNCH & CO INC | A | Dividend | | | SELL | 10-26 | J | A | |
| 62. SHS AEROPOSTALE INC | | None | | | SELL | 6-4 | J | B | |
| 63. SHARES WELLPOINT INC | | None | M | T | PARTIAL SELL | 7-20 | J | A | |
| 64. SHARES EQUITABLE RESOURCES INC | B | Dividend | M | T | | | | | |
| 65. SHARES FIRST DATA CORP | A | Dividend | | | SELL | 9-26 | K | E | |
| 66. SHARES GENERAL ELECTRIC COMPANY | D | Dividend | M | T | | | | | |
| 67. SHS EXXON MOBIL CORPORATION | C | Dividend | N | T | | | | | |
| 68. SHARES ROYAL DUTCH PETROLEUM COMPANY (NETHERLANDS) | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DLOTT, SUSAN J | 3/10/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. SHS JOHNSON & JOHNSON | C | Dividend | M | T | | | | | |
| 70. LINE INTENTIONALLY LEFT BLANK (SEE PART VIII) | | | | | | | | | |
| 71. - SHARES MEDTRONIC INC | A | Dividend | K | T | | | | | |
| 72. - SHARES NOVARTIS AG ADR | A | Dividend | K | T | | | | | |
| 73. - SHARES CISCO SYSTEMS | | None | J | T | | | | | |
| 74. LAKEWOOD OHIO GEN 5.0% DUE 12/1/14 DATED 5/26/05 | D | Interest | M | T | | | | | |
| 75. GAHANNA OHIO GEN 5.0% DUE 12/1/18 DATED 9/1/05 | D | Interest | M | T | | | | | |
| 76. JACKSON OHIO LOCAL SCHOOL DIST 5.0% DUE 12/1/16 DATED 4/21/0 | D | Interest | M | T | | | | | |
| 77. MENTOR OHIO GEN 5.0% DUE 12/1/15 DATED 10/1/05 | C | Interest | L | T | | | | | |
| 78. UNION COUNTY OHIO 4.5% DUE 12/1/14 DATED 7/1/05 | D | Interest | M | T | | | | | |
| 79. UNIVERSITY OF CINCINNATI GEN 3.190% DUE 6/1/31 DATED 2/5/04 | C | Interest | L | T | | | | | |
| 80. UNIVERSITY OF CINCINNATI GEN 4.0% DUE 6/1/12 DATED 3/1/05 | C | Interest | M | T | | | | | |
| 81. NIKE INCORPORATED CLASS B | A | Dividend | | | SELL | 8-16 | J | B | |
| 82. CADBURY SCHWEPPES PLC | B | Dividend | L | T | | | | | |
| 83. OCCIDENTAL PETROLEUM CORPORATION | A | Dividend | J | T | | | | | |
| 84. XTO ENERGY | A | Dividend | | | SELL | 5-1 | J | C | |
| 85. ALLSTATE CORPORATION | B | Dividend | L | T | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| | U =Book Value | V =Other | W =Estimated | | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. STRYKER CORPORATION | A | Dividend | L | T | | | | | |
| 87. BOND - OHIO HOUSING FINANCY AGENCY MORT REV,3.95%,DUE 9/1/15 | C | Interest | M | T | | | | | |
| 88. OHIO STATE DEPT OF ADMIN SERVICES COP, 5%, DUE 9/1/11 | D | Interest | M | T | | | | | |
| 89. PICKERINTONOHIO LOCAL SCHOOL, 4.125%, DUE 12/1/16 | C | Interest | L | T | | | | | |
| 90. STATE OF OHIO INFRASTRUCTURE IMP, 4%, DUE 2/1/13 | C | Interest | M | T | | | | | |
| 91. 3M COMPANY SHARES | B | Dividend | L | T | | | | | |
| 92. AUTODESK INC SHARES | | None | L | T | | | | | |
| 93. SHS AKAMAI TECH (#8932) | | None | L | T | BUY | 10-18 | J | | |
| 94. BB&T COMPANY SHARES | B | Dividend | | | SELL | 7-20 | L | A | |
| 95. CINCINNATI FINANCIAL CORP SHARES | C | Dividend | L | T | | | | | |
| 96. DOMINION RESOURCES SHARES | B | Dividend | L | T | | | | | |
| 97. EMERSON ELECTRIC COMPANY | B | Dividend | L | T | | | | | |
| 98. SHS HOLOGIC INC (#8932) | | None | J | T | BUY | 6-5 | J | | |
| 99. HUGOTON ROYALTY TRUST | A | Dividend | | | SELL | 10-25 | J | A | |
| 100. NOKIA CORPORATION | B | Dividend | M | T | PARTIAL SELL | 10-16 | J | D | |
| 101. LINE INTENTIONALLY LEFT BLANK (SEE PART VIII) | | None | | | | | | | |
| 102. BANK OF AMERICA CORP | A | Dividend | | | SELL | 9-7 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DLOTT, SUSAN J | 3/10/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. SEAGATE TECHNOLOGY | A | Dividend | | | SELL | 2-27 | K | A | |
| 104. THORNBURG INTERNATIONAL VALUE FUND | E | Dividend | M | T | | | | | |
| 105. WESTERN UNION COMPANY | A | Dividend | | | SELL | 3-23 | K | D | |
| 106. COACH INC | | None | J | T | | | | | |
| 107. COMCAST CORP CLASS A SPECIAL | | None | J | T | | | | | |
| 108. GILEAD SCIENCES INC | | None | J | T | | | | | |
| 109. ROCHE HOLDINGS LIMITED - ADR | A | Dividend | J | T | | | | | |
| 110. TEXAS INSTRUMENTS INC | A | Dividend | J | T | | | | | |
| 111. UNITED HEALTHCARE CORP | A | Dividend | J | T | | | | | |
| 112. SHS KELLOGG COMPANY | A | Dividend | J | T | BUY | 11-8 | J | | |
| 113. LINE INTENTIONALLY LEFT BLANK (SEE PART VIII) | | None | | | | | | | |
| 114. SHS KRAFT FOODS INC | A | Dividend | J | T | BUY | 4-17 | J | | |
| 115. LINE INTENTIONALLY LEFT BLANK (SEE PART VIII) | | None | | | | | | | |
| 116. LINE INTENTIONALLY LEFT BLANK (SEE PART VIII) | | None | | | | | | | |
| 117. SHS STAPLES INC (#8932) | | None | J | T | BUY | 5-23 | J | | |
| 118. BOND - STATE OF OHIO BLDG AUTH REV,5%, DUE 10/1/17 | D | Interest | M | T | | | | | |
| 119. SHS US BANCORP | A | Dividend | J | T | BUY | 6-20 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DLOTT, SUSAN J | 3/10/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. SHS AMDOCS LTD | | None | K | T | BUY | 4-12 | K | | |
| 121. SHS SUNCOR ENERGY INC | A | Dividend | K | T | PARTIAL SELL | 6-21 | K | E | |
| 122. SHS BP PLC ADS | A | Dividend | J | T | | | | | |
| 123. SHS CHINA PETE & CHEM ADS H SHS | A | Dividend | | | SELL | 4-20 | K | E | |
| 124. SHS HOLOGIC INC | | None | K | T | BUY | 6-21 | K | | |
| 125. LINE INTENTIONALLY LEFT BLANK (SEE PART VIII) | | None | | | | | | | |
| 126. SHS PETMED EXPRESS INC | | None | J | T | BUY | 10-11 | J | | |
| 127. SHS GENETECH INC | | None | | | SELL | 4-20 | K | C | |
| 128. FIRST AMERICAN TREAS OBLIG FD | A | Interest | L | T | | | | | |
| 129. SHS PETSMART INC | A | Dividend | K | T | BUY | 10-11 | K | | |
| 130. SHS AMERICAN EXPRESS CR CORP | A | Dividend | K | T | | | | | |
| 131. SHS - SCHLUMBERGER LTD | A | Dividend | K | T | BUY | 6-21 | K | | |
| 132. ISHARES WYETH | A | Dividend | K | T | BUY | 10-11 | K | | |
| 133. ISHARES MSCI EAFE INDEX FD | A | Dividend | L | T | BUY | 6-21 | L | | |
| 134. ISHARES RUSSEL MIDCAP VALUE | A | Dividend | K | T | BUY | 6-21 | K | | |
| 135. ISHARES TR RUSSEL MIDCAP GROWTH | A | Dividend | K | T | BUY | 6-21 | K | | |
| 136. ISHARES TR MSCI EMERGING MARKETS | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DLOTT, SUSAN J | 3/10/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. SHS LOWES COMPANIES INC | A | Dividend | J | T | | | | | |
| 138. PORTFOLIO RECOVERY ASSOCIATE | A | Dividend | J | T | | | | | |
| 139. SECTOR SPDR TR SHS BEN - AMERICAN INTL GROUP | A | Dividend | K | T | | | | | |
| 140. SPDR TR UNIT SER 1 | A | Dividend | L | T | | | | | |
| 141. EVERGREEN MONEY MARKET FUND CLASS S1 | A | Dividend | K | T | | | | | |
| 142. SHS ALLERGAN INC | A | Dividend | K | T | | | | | |
| 143. SHS APPLE COMPUTER INC | | None | | | SELL | 10-15 | J | D | |
| 144. SHS ARCHER-DANIELS MIDLAND | A | Dividend | K | T | | | | | |
| 145. SHS GOLDMAN SACHS GROUP INC | A | Dividend | K | T | PARTIAL SELL | 4-12 | K | D | |
| 146. ███████ESTATE | | None | | | SELL/GIFT | 10-1 | K | | |
| 147. US TREASURY BILL ZERO % DUE 10/18/07 DATED 4/19/2007 | D | Interest | | | BUY/SELL | 10-18 | O | | |
| 148. TOYOTA MTR CORP ADR | A | Dividend | | | SELL | 6-21 | K | B | |
| 149. OHIO MUNI ELECTRIC GENERATION AGENCY REV CALLABLE 2-15-14 | D | Interest | M | T | | | | | |
| 150. ISHARES TR RUSSEL MIDCAP GROWTH | | | | | PARTIAL SELL | 10-11 | J | C | |
| 151. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

PART VII
LISTED STOCKS ARE COMMON SHARES UNLESS OTHERWISE NOTED.

ALL WOMEN'S CLUB INVESTMENTS ARE REPORTED AT THE AGGREGATE VALUE. JUDGE DLOTT OWNS 2.5%.

LINES 9 AND 10 ARE CASH ACCOUNTS HELD IN INVESTMENT ACCOUNTS FOR FUTURE PURCHASES.

LINE 14 WAS A BOND THAT MATURED IN 2006, LINE WAS NOT USED IN 2007.

LINES 28, 39, 42, 44, ARE DISTRIBUTIONS OF SECURITIES LITIGATION SETTLEMENTS FROM INVESTMENTS HELD PRIOR TO 2006

LINES 32, 52, 101, 125, WERE MULTIPLE TRANSACTIONS OCCURRING IN 2006, LINES WERE NOT USED IN 2007.

LINE 71 WAS PURCHASED IN 1999 AND WAS ERRONEOUSLY EXCLUDED FROM THE 2006 REPORT.

LINES 113, 115, AND 116 WERE SOLD IN 2006, COLUMN C WAS ERRONEOUSLY COMPLETED IN 2006. LINES WERE LEFT BLANK TO FACILITATE COMPARISON.

LINE 146 - █████████ ESTATE WAS SETTLED FOR THE BENEFIT OF THE JUDGE █████████ NO GAIN OR LOSS ASSOCIATED WITH THE TRANSACTION. ALL ASSETS HELD IN THE TRUST WERE CASH.

LINE 70 WAS ERRONEOUSLY DUPLICATED IN 2006 WITH LINE 54. LINE 70 WAS LEFT BLANK TO FACILITATE COMPARISIONS.

LINE 147 WAS BOUGHT AND SOLD IN 2007 FOR NO (ZERO) GAIN OR LOSS.

LINE 148 WAS PURCHASED IN 2006 BUT WAS ERRONEOUSLY OMITTED FROM THE 2006 DISCLOSURE.

LINE 60 - FUND WAS FORMERLY KNOWN AS THE JOHNSON OPPORTUNITY FUND. NOW KNOWN AS THE JOHNSON MIDCAP FUND.

LINE 149 WAS INCLUDED IN ANOTHER LINE IN 2006 AND WAS BROKEN OUT IN 2007 FOR TRACKING PURPOSES.

LINE 129, IN 2006 THE LINE LISTED SOUTHLAND LIFE INSURANCE, THIS INVESTMENT SOLD IN 2006 AND WAS ERRONEOUSLY REPORTED IN 2006.

LINE 9 - CASH & CASH EQUILVALENTS IS HELD IN THE MONEY MARKET FUND - FEDERATED OHIO MUNICIPAL CASH TRUST (TICKER OHIXX)

LINE 10 - CASH & CASH EQUILVALENTS IS HELD IN THE MONEY MARKET FUND - FIRST AMERICAN TREASURY OBLIGATION FUND (TICKER FOCXX)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signat

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>DLOTT, SUSAN J | 2. Court or Organization<br><br>US SOUTHERN DISTRICT OF OHIO | 3. Date of Report<br><br>3/10/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>US DIST JUDGE-ACTIVE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,     Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>US COURT HOUSE<br>2ND FLOOR ROOM 227<br>CINCINNATI OHIO 45202 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   CO-PERSONAL REPRESENTATIVE | ▬▬▬ ESTATE |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| DLOTT, SUSAN J | 3/10/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DLOTT, SUSAN J | 3/10/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DLOTT, SUSAN J | 3/10/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BOND-GREEN OHIO INCOME TAX REV COMM. LEARNING CENTER-6/1/14 | A | Interest | M | T | BUY | 10-23 | M | | |
| 2. BOND-AKRON OHIO SEWER SYS REV SERIES 1998 4.6% DUE12/1/09 | D | Interest | L | T | PARTIAL SALE | 12-1 | K | A | |
| 3. BOND-BLUE ASH OH SERV GARAGE & FIREHOUSE 3% DUE 11/1/10 | C | Interest | M | T | | | | | |
| 4. BOND-CINCINNATI OHIO CITY SCHL FAC CONS & IMPR 5%DUE12/1/09 | D | Interest | M | T | | | | | |
| 5. BOND-FRANKLIN CO,OH HOSP REV HOLY CROSS 5% DUE 6/1/09 | D | Interest | M | T | | | | | |
| 6. BOND - CINCINNATI OHIO CITY SCHOOL DISTRICT 5%, DUE 12/1/15 | D | Interest | M | T | | | | | |
| 7. BOND - FAIRFIELD & UNION LOCAL SCHOOL , 3.875%, DUE 12/1/12 | D | Interest | M | T | | | | | |
| 8. BOND - US TREASURY BILL, DUE 6/5/08 | A | Interest | O | T | BUY | 7-20 | O | | |
| 9. CASH & EQUILVALENTS ▉ | | None | J | T | | | | | |
| 10. CASH & EQUILVALENTS ▉ | | None | K | T | | | | | |
| 11. BOND-OHIO ST BUILDING AUTH OHIO CENTER / ARTS5.45%DUE10/1/07 | D | Interest | | | MATURE | 10-1 | M | A | |
| 12. BOND-ST OF OHIO SECONDARY ED SERIES 1998A 4% DUE6/1/08 | C | Interest | M | T | | | | | |
| 13. Women's Capital Club | A | Dividend | K | T | | | | | |
| 14. LINE INTENTIONALLY LEFT BLANK (SEE PART VIII) | | None | | | | | | | |
| 15. ILLINOIS EDUC FAC AUTH R MORRIS COLLEGE 5% DUE 6/1/09 | D | Interest | M | T | | | | | |
| 16. BOND-LORAIN CO OH REV CATH HEALTHCARE 5.2% DUE 9/1/10 | D | Interest | M | T | | | | | |
| 17. BED BATH & BEYOND INC | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DLOTT, SUSAN J | 3/10/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -SHS AMERICAN INTERNATIONAL GP | A | Dividend | | | SELL | 12-19 | K | A | |
| 19. -SHS TARGET CORP | A | Dividend | J | T | | | | | |
| 20. FIFTH THIRD BANK CHECKING ACCTS | A | Interest | K | T | | | | | |
| 21. FEDERATED OH MUNI CASH TR INSTL | E | Interest | N | T | | | | | |
| 22. SHS SYSCO CORP | B | Dividend | L | T | | | | | |
| 23. SHS ADOBE SYSTEMS INC | | None | L | T | BUY | 11-13 | K | | |
| 24. BOND-LAKE OH LOCAL SCH DIST GEN OBLIG 5.35% DUE 12/01/11 | D | Interest | M | T | | | | | |
| 25. SHS WAL-MART STORES INC | A | Dividend | | | SELL | 11-8 | J | A | |
| 26. SHS AKAMAI TECHNOLOGIES | | None | K | T | BUY | 5-23 | L | | |
| 27. SHS DANAHER CORPORATION | A | Dividend | L | T | BUY | 3-26 | K | | |
| 28. CAMPBELL SOUP COMPANY | B | Distribution | | | | | | | |
| 29. SHS MARSHAL & ILSLEY CORP | C | Dividend | L | T | | | | | |
| 30. SHS JOHNSON REALTY FUND | E | Dividend | M | T | | | | | |
| 31. SHS CHEVRONTEXACO CORP | A | Dividend | J | T | | | | | |
| 32. LINE INTENTIONALLY LEFT BLANK (SEE PART VIII) | | | | | | | | | |
| 33. SHS CITIGROUP | D | Dividend | | | SELL | 12-17 | L | A | |
| 34. SHS EXXON MOBIL (#8932) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DLOTT, SUSAN J | 3/10/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. SHS ISHARES S&P SMALLCAP 600 | A | Dividend | L | T | | | | | |
| 36. SHS MICROSOFT CORP | B | Dividend | M | T | | | | | |
| 37. SHS ORACLE CORP | | None | L | T | | | | | |
| 38. SHS PEPSICO INC | B | Dividend | M | T | | | | | |
| 39. FANNIE MAE | A | Distribution | | | | | | | |
| 40. SHS WALGREEN CO | A | Dividend | L | T | | | | | |
| 41. SHS JOHNSON FIXED INCOME FUND | D | Dividend | M | T | | | | | |
| 42. TIME WARNER INC | A | Distribution | | | | | | | |
| 43. SHS STAPLES INC ▬ | | None | L | T | BUY | 5-23 | L | | |
| 44. WORLDCOM INC | A | Distribution | | | | | | | |
| 45. SHS BHP BILLITON LTD ADR | | None | J | T | BUY | 12-21 | J | | |
| 46. SHS L-3 COMMUNICATIONS HOLDINGS INC | B | Dividend | M | T | | | | | |
| 47. SHS CONOCOPHILLIPS | C | Dividend | M | T | | | | | |
| 48. BOND-CLEVELAND OH WATERWORKS REV 1STMORT SERIES G 5.5% 2013 | D | Interest | M | T | | | | | |
| 49. SHS CATERPILLAR TRACTOR COMPANY | | None | J | T | BUY | 10-18 | J | | |
| 50. SHS DANAHER CORP ▬ | A | Dividend | J | T | BUY | 3-26 | J | | |
| 51. SHS INTEL CORP | A | Dividend | . | | SELL | 10-26 | K | D | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | ● =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DLOTT, SUSAN J | 3/10/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. LINE INTENTIONALLY LEFT BLANK (SEE PART VIII) | | None | | | | | | | |
| 53. SHS AMGEN INC | | None | | | SELL | 12-18 | K | D | |
| 54. SHS FIFTH THIRD BANCORP | C | Dividend | | | SELL | 1-17 | J | A | |
| 55. SHS JOHNSON CONTROLS INC | B | Dividend | M | T | | | | | |
| 56. SHS HOLOGIC INC | | None | L | T | BUY | 6-6 | K | | |
| 57. SHS METAVANTE TECHNOLOGIES | | None | K | T | BUY | 5-23 | K | | |
| 58. SHS PROCTER & GAMBLE CO | C | Dividend | M | T | | | | | |
| 59. SHS CISCO SYSTEMS INC | | None | J | T | | | | | |
| 60. SHS JOHNSON OPPORTUNITY/MIDCAP FUND | C | Dividend | N | T | | | | | |
| 61. SHS MERRILL LYNCH & CO INC | A | Dividend | | | SELL | 10-26 | J | A | |
| 62. SHS AEROPOSTALE INC | | None | | | SELL | 6-4 | J | B | |
| 63. SHARES WELLPOINT INC | | None | M | T | PARTIAL SELL | 7-20 | J | A | |
| 64. SHARES EQUITABLE RESOURCES INC | B | Dividend | M | T | | | | | |
| 65. SHARES FIRST DATA CORP | A | Dividend | | | SELL | 9-26 | K | E | |
| 66. SHARES GENERAL ELECTRIC COMPANY | D | Dividend | M | T | | | | | |
| 67. SHS EXXON MOBIL CORPORATION | C | Dividend | N | T | | | | | |
| 68. SHARES ROYAL DUTCH PETROLEUM COMPANY (NETHERLANDS) | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DLOTT, SUSAN J | 3/10/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. SHS JOHNSON & JOHNSON | C | Dividend | M | T | | | | | |
| 70. LINE INTENTIONALLY LEFT BLANK (SEE PART VIII) | | | | | | | | | |
| 71. - SHARES MEDTRONIC INC | A | Dividend | K | T | | | | | |
| 72. - SHARES NOVARTIS AG ADR | A | Dividend | K | T | | | | | |
| 73. - SHARES CISCO SYSTEMS, | | None | J | T | | | | | |
| 74. LAKEWOOD OHIO GEN 5.0% DUE 12/1/14 DATED 5/26/05 | D | Interest | M | T | | | | | |
| 75. GAHANNA OHIO GEN 5.0% DUE 12/1/18 DATED 9/1/05 | D | Interest | M | T | | | | | |
| 76. JACKSON OHIO LOCAL SCHOOL DIST 5.0% DUE 12/1/16 DATED 4/21/0 | D | Interest | M | T | | | | | |
| 77. MENTOR OHIO GEN 5.0% DUE 12/1/15 DATED 10/1/05 | C | Interest | L | T | | | | | |
| 78. UNION COUNTY OHIO 4.5% DUE 12/1/14 DATED 7/1/05 | D | Interest | M | T | | | | | |
| 79. UNIVERSITY OF CINCINNATI GEN 3.190% DUE 6/1/31 DATED 2/5/04 | C | Interest | L | T | | | | | |
| 80. UNIVERSITY OF CINCINNATI GEN 4.0% DUE 6/1/12 DATED 3/1/05 | C | Interest | M | T | | | | | |
| 81. NIKE INCORPORATED CLASS B | A | Dividend | | | SELL | 8-16 | J | B | |
| 82. CADBURY SCHWEPPES PLC | B | Dividend | L | T | | | | | |
| 83. OCCIDENTAL PETROLEUM CORPORATION | A | Dividend | J | T | | | | | |
| 84. XTO ENERGY | A | Dividend | | | SELL | 5-1 | J | C | |
| 85. ALLSTATE CORPORATION | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DLOTT, SUSAN J | 3/10/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. STRYKER CORPORATION | A | Dividend | L | T | | | | | |
| 87. BOND - OHIO HOUSING FINANCY AGENCY MORT REV,3.95%,DUE 9/1/15 | C | Interest | M | T | | | | | |
| 88. OHIO STATE DEPT OF ADMIN SERVICES COP, 5%, DUE 9/1/11 | D | Interest | M | T | | | | | |
| 89. PICKERINTONOHIO LOCAL SCHOOL, 4.125%, DUE 12/1/16 | C | Interest | L | T | | | | | |
| 90. STATE OF OHIO INFRASTRUCTURE IMP, 4%, DUE 2/1/13 | C | Interest | M | T | | | | | |
| 91. 3M COMPANY SHARES | B | Dividend | L | T | | | | | |
| 92. AUTODESK INC SHARES | | None | L | T | | | | | |
| 93. SHS AKAMAI TECH ███ | | None | L | T | BUY | 10-18 | J | | |
| 94. BB&T COMPANY SHARES | B | Dividend | | | SELL | 7-20 | L | A | |
| 95. CINCINNATI FINANCIAL CORP SHARES | C | Dividend | L | T | | | | | |
| 96. DOMINION RESOURCES SHARES | B | Dividend | L | T | | | | | |
| 97. EMERSON ELECTRIC COMPANY | B | Dividend | L | T | | | | | |
| 98. SHS HOLOGIC INC ███ | | None | J | T | BUY | 6-5 | J | | |
| 99. HUGOTON ROYALTY TRUST | A | Dividend | | | SELL | 10-25 | J | A | |
| 100. NOKIA CORPORATION | B | Dividend | M | T | PARTIAL SELL | 10-16 | J | D | |
| 101. LINE INTENTIONALLY LEFT BLANK (SEE PART VIII) | | None | | | | | | | |
| 102. BANK OF AMERICA CORP | A | Dividend | | | SELL | 9-7 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DLOTT, SUSAN J | 3/10/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. SEAGATE TECHNOLOGY | A | Dividend | | | SELL | 2-27 | K | A | |
| 104. THORNBURG INTERNATIONAL VALUE FUND | E | Dividend | M | T | | | | | |
| 105. WESTERN UNION COMPANY | A | Dividend | | | SELL | 3-23 | K | D | |
| 106. COACH INC | | None | J | T | | | | | |
| 107. COMCAST CORP CLASS A SPECIAL | | None | J | T | | | | | |
| 108. GILEAD SCIENCES INC | | None | J | T | | | | | |
| 109. ROCHE HOLDINGS LIMITED - ADR | A | Dividend | J | T | | | | | |
| 110. TEXAS INSTRUMENTS INC | A | Dividend | J | T | | | | | |
| 111. UNITED HEALTHCARE CORP | A | Dividend | J | T | | | | | |
| 112. SHS KELLOGG COMPANY | A | Dividend | J | T | BUY | 11-8 | J | | |
| 113. LINE INTENTIONALLY LEFT BLANK (SEE PART VIII) | | None | | | | | | | |
| 114. SHS KRAFT FOODS INC | A | Dividend | J | T | BUY | 4-17 | J | | |
| 115. LINE INTENTIONALLY LEFT BLANK (SEE PART VIII) | | None | | | | | | | |
| 116. LINE INTENTIONALLY LEFT BLANK (SEE PART VIII) | | None | | | | | | | |
| 117. SHS STAPLES INC ▆ | | None | J | T | BUY | 5-23 | J | | |
| 118. BOND - STATE OF OHIO BLDG AUTH REV, 5%, DUE 10/1/17 | D | Interest | M | T | | | | | |
| 119. SHS US BANCORP | A | Dividend | J | T | BUY | 6-20 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DLOTT, SUSAN J | 3/10/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. SHS AMDOCS LTD | | None | K | T | BUY | 4-12 | K | | |
| 121. SHS SUNCOR ENERGY INC | A | Dividend | K | T | PARTIAL SELL | 6-21 | K | E | |
| 122. SHS BP PLC ADS | A | Dividend | J | T | | | | | |
| 123. SHS CHINA PETE & CHEM ADS H SHS | A | Dividend | | | SELL | 4-20 | K | E | |
| 124. SHS HOLOGIC INC | | None | K | T | BUY | 6-21 | K | | |
| 125. LINE INTENTIONALLY LEFT BLANK (SEE PART VIII) | | None | | | | | | | |
| 126. SHS PETMED EXPRESS INC | | None | J | T | BUY | 10-11 | J | | |
| 127. SHS GENETECH INC | | None | | | SELL | 4-20 | K | C | |
| 128. FIRST AMERICAN TREAS OBLIG FD | A | Interest | L | T | | | | | |
| 129. SHS PETSMART INC | A | Dividend | K | T | BUY | 10-11 | K | | |
| 130. SHS AMERICAN EXPRESS CR CORP | A | Dividend | K | T | | | | | |
| 131. SHS - SCHLUMBERGER LTD | A | Dividend | K | T | BUY | 6-21 | K | | |
| 132. ISHARES WYETH | A | Dividend | K | T | BUY | 10-11 | K | | |
| 133. ISHARES MSCI EAFE INDEX FD | A | Dividend | L | T | BUY | 6-21 | L | | |
| 134. ISHARES RUSSEL MIDCAP VALUE | A | Dividend | K | T | BUY | 6-21 | K | | |
| 135. ISHARES TR RUSSEL MIDCAP GROWTH | A | Dividend | K | T | BUY | 6-21 | K | | |
| 136. ISHARES TR MSCI EMERGING MARKETS | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DLOTT, SUSAN J | 3/10/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. SHS LOWES COMPANIES INC | A | Dividend | J | T | | | | | |
| 138. PORTFOLIO RECOVERY ASSOCIATE | A | Dividend | J | T | | | | | |
| 139. SECTOR SPDR TR SHS BEN - AMERICAN INTL GROUP | A | Dividend | K | T | | | | | |
| 140. SPDR TR UNIT SER 1 | A | Dividend | L | T | | | | | |
| 141. EVERGREEN MONEY MARKET FUND CLASS S1 | A | Dividend | K | T | | | | | |
| 142. SHS ALLERGAN INC | A | Dividend | K | T | | | | | |
| 143. SHS APPLE COMPUTER INC | | None | | | SELL | 10-15 | J | D | |
| 144. SHS ARCHER-DANIELS MIDLAND | A | Dividend | K | T | | | | | |
| 145. SHS GOLDMAN SACHS GROUP INC | A | Dividend | K | T | PARTIAL SELL | 4-12 | K | D | |
| 146. ████████ ESTATE | | None | | | SELL/GIFT | 10-1 | K | | |
| 147. US TREASURY BILL ZERO % DUE 10/18/07 DATED 4/19/2007 | D | Interest | | | BUY/SELL | 10-18 | O | | |
| 148. TOYOTA MTR CORP ADR | A | Dividend | | | SELL | 6-21 | K | B | |
| 149. OHIO MUNI ELECTRIC GENERATION AGENCY REV CALLABLE 2-15-14 | D | Interest | M | T | | | | | |
| 150. ISHARES TR RUSSEL MIDCAP GROWTH | | | | | PARTIAL SELL | 10-11 | J | C | |
| 151. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| DLOTT, SUSAN J | 3/10/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

PART VII
LISTED STOCKS ARE COMMON SHARES UNLESS OTHERWISE NOTED.

ALL WOMEN'S CLUB INVESTMENTS ARE REPORTED AT THE AGGREGATE VALUE. JUDGE DLOTT OWNS 2.5%.

LINES 9 AND 10 ARE CASH ACCOUNTS HELD IN INVESTMENT ACCOUNTS FOR FUTURE PURCHASES.

LINE 14 WAS A BOND THAT MATURED IN 2006, LINE WAS NOT USED IN 2007.

LINES 28, 39, 42, 44, ARE DISTRIBUTIONS OF SECURITIES LITIGATION SETTLEMENTS FROM INVESTMENTS HELD PRIOR TO 2006

LINES 32, 52, 101, 125, WERE MULTIPLE TRANSACTIONS OCCURRING IN 2006, LINES WERE NOT USED IN 2007.

LINE 71 WAS PURCHASED IN 1999 AND WAS ERRONEOUSLY EXCLUDED FROM THE 2006 REPORT.

LINES 113, 115, AND 116 WERE SOLD IN 2006, COLUMN C WAS ERRONEOUSLY COMPLETED IN 2006. LINES WERE LEFT BLANK TO FACILITATE COMPARISON.

LINE 146 - ▮▮▮▮ ESTATE WAS SETTLED FOR THE BENEFIT OF THE JUDGE'▮▮▮▮. NO GAIN OR LOSS ASSOCIATED WITH THE TRANSACTION. ALL ASSETS HELD IN THE TRUST WERE CASH.

LINE 70 WAS ERRONEOUSLY DUPLICATED IN 2006 WITH LINE 54. LINE 70 WAS LEFT BLANK TO FACILITATE COMPARISIONS.

LINE 147 WAS BOUGHT AND SOLD IN 2007 FOR NO (ZERO) GAIN OR LOSS.

LINE 148 WAS PURCHASED IN 2006 BUT WAS ERRONEOUSLY OMITTED FROM THE 2006 DISCLOSURE.

LINE 60 - FUND WAS FORMERLY KNOWN AS THE JOHNSON OPPORTUNITY FUND. NOW KNOWN AS THE JOHNSON MIDCAP FUND.

LINE 149 WAS INCLUDED IN ANOTHER LINE IN 2006 AND WAS BROKEN OUT IN 2007 FOR TRACKING PURPOSES.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544